**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HUMPHREYS AND PARTNERS, ARCHITECTS, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE Co., et al.,<br><br>    Defendants.<br><br>AND RELATED CASES | No. CV-04-2994-PHX-SMM<br><br>**ORDER** |

Having received Defendants Hanover and Hanover/MetLife Partnerships' Motion to Appear Telephonically at the September 25, 2006 Status Hearing [Doc. No. 123], and good cause appearing,

**IT IS ORDERED** that Defendants Hanover and Hanover/MetLife Partnerships' Motion to Appear Telephonically [Doc. No. 123] is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for Defendants Hanover and Hanover/MetLife Partnerships shall call the Court at 10:25 a.m. on Monday, September 25, 2006 on a clear telephone line at 602-322-7555.

DATED this 21st day of September, 2006.

Stephen M. McNamee
United States District Judge