1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| HUMPHREYS AND PARTNERS, ARCHITECTS, L.P., | ) ) ) | No. CV-04-2994-PHX-SMM |
|---|---|---|
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| METROPOLITAN LIFE INSURANCE Co., et al., | ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CASES | ) ) ) | |

      Pending before the Court is the parties' Stipulated Motion to Dismiss Claims and Cross-Claims Regarding Arrowhead Project (Doc. No. 125). Because the stipulation is vague regarding the scope of the claims and cross-claims that are being dismissed, the Court will deny the motion.

      On July 18, 2006, the parties notified the Court that an agreement to settle the entire action, which encompasses Civil Case Nos. 04-2994 and 03-169, had been reached. (Doc. Nos. 121 & 360 respectively). In addition, at the Status Hearing held on September 25, 2006, the parties confirmed that an agreement to settle the entire action was reached and a stipulation to dismiss the entire action was forthcoming. However, the parties' Stipulated Motion to Dismiss Claims and Cross-Claims Regarding Arrowhead Project was filed for **Civil Case No. 04-2994 only**. The stipulated motion also provides that "[t]he parties have settled their disputes." (Doc. No. 125) The Court finds that the language of the stipulated

1  motion and the prior notices of settlement filed by the parties make it unclear whether the
2  parties are only stipulating to dismiss Civil Case No. 04-2994 or whether the parties intended
3  to dismiss both Civil Case No. 04-2994 and Civil Case No. 03-169.  Given the magnitude
4  of this action, the Court will require the parties to re-file a stipulated dismissal that accurately
5  reflects the scope of the settlement agreement.  Accordingly,

6      **IT IS HEREBY ORDERED** the parties' Stipulated Motion to Dismiss Claims and
7  Cross-Claims Regarding Arrowhead Project [Doc. No. 125]. is **DENIED** without prejudice.

8      **IT IS FURTHER ORDERED** that the parties shall file a Stipulated Motion to
9  Dismiss Claims and Cross-Claims that accurately reflects the scope of the settlement
10 agreement by Friday, December 8, 2006.

11     DATED this 8th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge